# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 00-5454**                    **September Term, 2004**

**99cv02195**

**Filed On: October 21, 2004** [855538]

Christopher S. Oguaju,
　　　　　Appellant

　　v.

United States of America,
　　　　　Appellee

---

**BEFORE**:　Ginsburg, Chief Judge, and Henderson and Tatel, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing filed September 30, 2004, it is

**ORDERED** that the petition be denied.  It is

**FURTHER ORDERED** that the opinion filed August 17, 2004 be amended as follows:

In the carryover paragraph from page 2 to page 3, delete the comma following "wrongdoing" in line 8 and insert a period; delete the comma following "124 S.Ct. at 1581" and insert a period and delete the portion of the sentence that begins with "which" and ends with "official conduct"; and delete the citations (and accompanying parenthetical) that begins with "*Id.*" and ends with "official duties."

**Per Curiam**

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　BY:

　　　　　　　　　　　　　　Nancy G. Dunn
　　　　　　　　　　　　　　Deputy Clerk